

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2018

No. 04-17-00808-CV

Daniel **CRISP**,
Appellant

v.

Ismael **CLAY**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI10107
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on November 9, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court